## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MARC KIRSCHNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-369-L** |
| | § | |
| | § | |
| **MARK OKADA; MARK & PAMELA** | § | |
| **OKADA FAMILY TRUST EXEMPT** | § | |
| **TRUST #1** *and Lawrence Tonomura as* | § | |
| *Trustee of Mark and Pamela Okada Family* | § | |
| *Trust Exempt Trust #1*; **MARK &** | § | |
| **PAMELA OKADA FAMILY TRUST** | § | |
| **EXEMPT TRUST #2** *Lawrence Tonomura* | § | |
| *as Trustee of Mark and Pamela Okada* | § | |
| *Family Trust Exempt Trust #2*; **SCOTT** | § | |
| **ELLINGTON; ISAAC LEVENTON;** | § | |
| **FRANK WATERHOUSE; CPCM, LLC;** | § | |
| **GRANT JAMES SCOTT,III; JAMES D.** | § | |
| **DONDERO; STRAND ADVISORS, INC.;** | § | |
| **DUGABOY INVESTMENT TRUST AND** | § | |
| **NANCY DONDERO** *as Trustee of* | § | |
| *Dugaboy Investment Trust*; **GET GOOD** | § | |
| **TRUST AND GRANT JAMES SCOTT** | § | |
| **III** *as Trustee of Get Good Trust*, | § | |
| **NEXPOINT ADVISORS, LP;** | § | |
| **HIGHLAND CAPITAL MANAGEMENT** | § | |
| **FUND ADVISORS, LP; HUNTER** | § | |
| **MOUNTAIN INVESTMENT TRUST;** | § | |
| **CLO HOLDCO, LTD.; CHARITABLE** | § | |
| **DAF HOLDCO, LTD.; CHARITABLE** | § | |
| **DAF FUND, LP; HIGHLAND DALLAS** | § | |
| **FOUNDATION, INC.; RAND PE FUND I** | § | |
| **LP SERIES 1; MASSAND CAPITAL,** | § | |
| **LLC; MASSAND CAPITAL, INC.; and** | § | |
| **SAS ASSET RECOVERY, LTD.,** | § | |
| | § | |
| Defendants. | § | |

**Order – Page 1**

## ORDER

Because of common questions of fact and law, and in the interest of judicial economy, this case is hereby **transferred** to the docket of the Honorable United States District Judge **Karen Gren Scholer** for possible consolidation with Civil Action No. 3:22-CV-203-S, *Bankruptcy.* This action shall henceforth carry the suffix letter "S." All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:22-CV-369-S.

**It is so ordered** this 16th day of March, 2022.

Sam A. Lindsay
United States District Judge

**Order – Page 2**